Alexander B. Campbell and Mary E. Campbell, his wife, and The Merchants National Bank of Jacksonville, a corporation under the laws of the United States, Appellants, vs. The Raymond D. Knight Company, a corporation under the laws of the State of Florida, and W. H. Baker, Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

H. Bisbee and C. D. Rinehart, for Appellants.

A. W. Cockrell & Son and W. H. Baker, for Appellees.

The bill in this cause was filed by the appellants

against the appellees.   There was decree for the defendants, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.